**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                   CASE NO. 8:11-CIV-1282-T-17-EAJ

LAKEVIEW MANAGEMENT OF
LAKELAND, LLC, etc.,
    Defendant.
_____/

## ORDER ON MOTION FOR DEFAULT FINAL JUDGMENT

The cause is before the Court on Plaintiff's motion for default final judgment (Docket No. 14). Although given an opportunity to oppose this motion, the Defendant has failed to come forward with an opposition brief. Therefore, the Court has reviewed the motion to determine if it should be granted without the benefit of an opposition brief. The Court finds the motion for final default judgment well-taken and determines that final default judgment in favor of the Plaintiff is appropriate. Accordingly, it is

**ORDERED** that the motion for final default judgment be **granted** in favor of the Plaintiff and against the Defendant in the amount of $4,680.00 and in the favor of counsel Morgan & Morgan, P.A., in the amount of $385.00. The Clerk is directed to close the case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 19th day of October, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record